VAUGHN v. GLENS FALLS PORTLAND CEMENT CO. (Supreme Court, Appellate Division, Third Department. January 16, 1906.) Action by Albert A. Vaughn against the Glens Falls Portland Cement Company. No opinion. Motion denied.